IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 19 CR 567-2 |
| v. | ) | |
| | ) | Hon. Harry D. Leinenweber |
| ROBERT KELLY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT DERREL MCDAVID'S EMERGENCY UNOPPOSED MOTION TO MODIFY CONDITIONS TO TEMPORARILY REMOVE HIS ELECTRONIC MONITORING BRACELET**

Now comes the defendant, Derrel McDavid, by and through his attorneys Beau Brindley and Vadim Glozman, and respectfully moves this Honorable Court to enter an order allowing him to remove his electronic monitoring bracelet on July 6, 2022 in order to get an MRI done on his liver at Northwestern Hospital. In support, the following is offered:

1. Mr. McDavid is released on a secured $500,000 bond and subject to electronic monitoring and a 24-hour curfew. Mr. McDavid has not had any violations of pretrial release related to his electronic monitoring.

2. On July 1, 2022, Mr. McDavid went to Northwestern Hospital to get an MRI done on his liver. Prior to arriving, he was not informed that the hospital would not be able to perform an MRI while Mr. McDavid was wearing an electronic ankle monitor. Once there, Mr. McDavid was told that the MRI would not be able to be completed while he was wearing an electronic device on his body. Mr. McDavid subsequently called his Pretrial Services Officer Matthew Bonestroo who indicated

he cannot remove the ankle monitor within a court order explicitly allowing him to do so.

3. Despite the need for the MRI, Mr. McDavid was able to reschedule the MRI for July 6, 2022 at 1:15pm at Northwestern Hospital in Chicago.

4. The undersigned has spoken to Pretrial Services Officer Matthew Bonestroo who indicated he has no objection to the instant request. Mr. Bonestroo indicated that Mr. McDavid can remove the electronic monitoring bracelet prior to leaving his apartment that day and that Pretrial Services can put it back on Mr. McDavid subsequent to his appointment.

5. The undersigned also spoke to Assistant U.S. Attorney Jeannice Appenteng who indicated the government has no objection to the instant request.

Wherefore, for the reasons stated above, defendant Derrel McDavid respectfully asks this Honorable Court to enter an order allowing him to remove his electronic monitoring bracelet on July 6, 2022 in order to get an MRI done on his liver at Northwestern Hospital.

                    Respectfully submitted,

                    */s Vadim A. Glozman*
                    *An Attorney For Derrel McDavid*

Vadim A. Glozman
LAW OFFICES OF VADIM A. GLOZMAN
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
(312) 726-9015

## **CERTIFICATE OF SERVICE**

I, Vadim A. Glozman, an attorney for Defendant Derrel McDavid, hereby certify that on this, the 1st day of July, 2022, I filed the above-described document on the CM-ECF system of the United States District Court for the Northern District of Illinois, which constitutes service of the same.

Respectfully submitted,

*/s/ Vadim A. Glozman*

LAW OFFICES OF VADIM A. GLOZMAN
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
(312) 726-9015