## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: United States v. Robert Sylvester Kelly, et al

Case Number: 19 cr 567

An appearance is hereby filed by the undersigned as attorney for:
Derrel McDavid

Attorney name (type or print): Matthew Paul Kralovec

Firm: Law Offices of Vadim A. Glozman

Street address: 53 W. Jackson Blvd., Suite 1128

City/State/Zip: Chicago, IL 60604

Bar ID Number: 6336199
(See item 3 in instructions)

Telephone Number: 312-726-9015

Email Address: mk@glozmanlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

[✓] Retained Counsel
[ ] Appointed Counsel
  If appointed counsel, are you
  [ ] Federal Defender
  [ ] CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 7/26/2022

Attorney signature: S/ Matthew Paul Kralovec

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015