### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | Case No: 19 CR 567 - 1,2,3 |
| | ) | |
| v. | ) | Judge: Harry D. Leinenweber |
| | ) | |
| Robert Sylvester Kelly et al | ) | |
| | ) | |

### **ORDER**

Voir dire began. Voir dire held and continued to 8/16/22 at 10:00 a.m.

(T: 06:30)

Date: 8/15/22 /s/ Judge Harry D. Leinenweber